# EXHIBIT A



Kyle Gardiner <kyle.gardiner@valuesunited.org>

## Report of Investigation

**Scott.A.Borden@nga.mil** <Scott.A.Borden@nga.mil>    Thu, Nov 14, 2019 at 7:05 AM
To: john.tye@valuesunited.org
Cc: jonathan_h_kaplan@juno.com, kyle.gardiner@valuesunited.org

```
Classification: UNCLASSIFIED//FOUO
========================================================
```

Hi John,

NGA OIG has issued its Report of Investigation (ROI) detailing its findings regarding Mr. Kaplan's allegations of reprisal.

You may make a Freedom of Information Act request to CIA OIG to receive a copy of the ROI (since they are the customer of the report).

Please call me with any questions or if you would like to discuss.

It has been a pleasure working with you.

Respectfully,

Scott A. Borden

Special Agent

Office of Inspector General

National Geospatial-Intelligence Agency

Of: 571-557-1250

```
========================================================
Classification: UNCLASSIFIED//FOUO
```