UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN KAPLAN**, *et al.* ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | Civil Action No. 21-3306 (TSC) |
| v. ) | (ECF) |
| ) | |
| **CENTRAL INTELLIGENCE AGENCY,** ) | |
| *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

The Central Intelligence Agency, *et al.* ("Defendants"), by and through undersigned counsel, respectfully submit this Answer to the Complaint filed by Jonathan Kaplan, *et al.* ("Plaintiffs") under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"). In response to Plaintiffs' complaint, Defendants respond as follows:

1. This sentence contains Plaintiffs' characterization of this action and its FOIA request, to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

2. Admit first sentence of this paragraph. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in the remainder of this paragraph.

3. Defendants admit that records reflect that Plaintiff Jonathan Kaplan began working at the CIA in 1982, and that Plaintiff Jonathan Kaplan worked in the CIA OIG from

1

2005 to 2015.  Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations contained in this paragraph.

4. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

5. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

6. Admit.

7. Admit.

8. Admit.

9. This paragraph contains Plaintiffs' legal conclusion concerning jurisdiction, to which no response is required.

10. This paragraph contains Plaintiff's legal conclusion concerning jurisdiction, to which no response is required.

11. This paragraph contains legal conclusions to which no response is required. Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations contained in this paragraph.

12. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

13. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

14. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

15.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

16.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

17.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

18.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

19.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

20.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

21.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

22.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

23.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

24.     Admit that the CIA and ONDI received a FOIA request dated December 3, 2019 from Plaintiffs.

25.     Admit that the Office of the Director of National Intelligence ("ODNI") acknowledge receipt of Plaintiffs' FOIA request by letter dated January 6, 2020.   The remainder

of the paragraph is Plaintiffs' characterization of the contents of ODNI's response to which no response is required.   The letter attached to Plaintiffs' Complaint is the best evidence of its contents.

26. Admit that on February 6, 2020, the National Geospatial-Intelligence Agency ("NGA") responded to Plaintiffs regarding their December 3, 2019 FOIA request.   The remainder of the paragraph is Plaintiffs' characterization of the contents of said letter to which no response is required.   The letter attached to Plaintiffs' Complaint is the best evidence of its contents.

27. Plaintiffs draw a legal conclusion about the requirement of a regulation to which no response is required.   To the extent a response is required, Defendants deny.

28. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

29. Denied.

30. Admit that NGA responded to a request from Plaintiffs on March 25, 2020.   The letter attached to Plaintiffs' Complaint is the best evidence of its contents.

31. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

32. Admit that NGA responded to a request from Plaintiffs on October 14, 2021.   The letter attached to Plaintiffs' Complaint is the best evidence of its contents.

33. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.   To the extent a response is required, Defendants deny.

34. Deny. The CIA sent Plaintiffs an acknowledgment letter on December 17, 2019. The CIA sent Plaintiffs a final response letter on January 19, 2022.

35. Deny.

36. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in this paragraph.

37. This paragraph contains allegations to which no response is required.

38. Deny.

39. This paragraph contains allegations to which no response is required.

40. Deny.

The remainder of the Complaint contains Plaintiff's requested relief, to which no response is required, but insofar as a response is required, Defendant denies Plaintiff is entitled to the requested relief or any relief whatsoever.

Defendants deny all allegations in the Complaint not expressly admitted or denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Any information that Defendant has withheld, or will withhold, in response to Plaintiff's FOIA request may be exempt in whole or in part from public disclosure under FOIA, 5 U.S.C. § 552 *et seq*.

### THIRD AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over any matter to the extent Plaintiff failed to satisfy prerequisites to suit, as well as over any requests or allegations that are not contained in a FOIA request at issue in this action.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff has not alleged sufficient factual and/or legal bases for its request for costs and/or attorney's fees.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's request submitted under FOIA, 5 U.S.C. § 552 *et seq.*, did not reasonably describe the records sought.

### SIXTH AFFIRMATIVE DEFENSE

At all times alleged in the Complaint, Defendant was acting in good faith, with justification, and pursuant to authority. Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known through the course of the litigation.

April 8, 2022                                        Respectfully submitted,

                                        MATTHEW M. GRAVES, D.C. Bar #481052
                                        United States Attorney

                                        BRIAN P. HUDAK
                                        Acting Civil Chief

By: /s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

7