UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JONATHAN KAPLAN**, *et al.*   )<br>   )<br>   Plaintiffs   )<br>   )<br>   v.   )<br>   )<br>**CENTRAL INTELLIGENCE AGENCY,** )<br>*et al*,   )<br>   )<br>   Defendants.   )<br>   ) | Civil Action No. 21-3306 (TSC)<br>(ECF) |

### JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered on August 29, 2022, Jonathan Kaplan, *et al.* ("Plaintiffs") and the National Geospatial-Intelligence Agency ("NGA"), the Central Intelligence Agency, and the Office of the Director of National Intelligence ("ODNI") (collectively "Defendants"), by and through undersigned parties' counsel, respectfully submit the following Joint Status Report. In support hereof, the parties respectfully proffer the following:

1.  This action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), has now been consolidated with another action filed by Plaintiffs, *Kaplan v. NGA*, 22-01604-TSC. *See* Minute Order, No. 22-cv-1604 (June 26, 2023) ("Granting Plaintiff's [] Consent Motion to Consolidate Cases. 22-cv-1604-TSC is hereby CONSOLIDATED with 21-cv-3306-TSC, pursuant to Federal Rule of Civil Procedure 42(a). All filings shall be made in the lead case: 21-cv-3306-TSC").

2.  Per the aforementioned Minute Order, the Court ordered the parties to file their Joint Status Reports at sixty-day intervals and the parties have done so. The parties continue to

engage in good faith with the goal of narrowing or eliminating issues in dispute.

3. Since the parties last Joint Status Report, the parties have continued to discuss narrowing their disagreements over Defendants' exemption claim. To that end the parties came up with a means of previewing what a revised release would look like on the condition that there would be no further challenges. That process has been fruitful, and the parties are optimistic that a resolution of this action may be reached.

4. Nevertheless, the parties believe it is best to allow them to continue their discussion, which includes Defendants' response earlier today to a prior inquiry from Plaintiffs. Thus, per the aforementioned order, the parties anticipate that they would file another Joint Status Report no later than August 27, 2024, if they do not file a dismissal sooner.

5. A proposed Order reflecting the parties' proposal is attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

Dated: June 25, 2024,					Respectfully submitted,

							MATTHEW M. GRAVES, D.C. Bar #481052
							United States Attorney

							BRIAN P. HUDAK
							Chief, Civil Division

							By:_____/s/_____
							KENNETH ADEBONOJO
							Assistant United States Attorney
							United States Attorney's Office-DC
							601 D Street, N.W. – Civil Division
							Washington, D.C.  20530
							Telephone: (202) 252-2562

							*Attorneys for Defendants*

MEDIA FREEDOM AND INFORMATION
ACCESS CLINIC

By: /s/ David A. Schulz
David A. Schulz (Bar No. 459197)
MEDIA FREEDOM AND INFORMATION,
ACCESS CLINIC ABRAMS INSTITUTE
YALE LAW SCHOOL
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6103
schulzd@ballardspahr.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JONATHAN KAPLAN**, *et al*. | ) ) ) | |
| **Plaintiffs** | ) ) | Civil Action No. 21-3306 (TSC) |
| v. | ) ) | (ECF) |
| **CENTRAL INTELLIGENCE AGENCY,** *et al*, | ) ) ) | |
| **Defendants.** | ) ) ) | |

### **ORDER**

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 2024, hereby

**ORDERED**, that the parties' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that the parties shall file a Joint Status Report no later than August 27, 2024.

                                        HON. TANYA S. CHUTKAN
                                        UNITED STATES DISTRICT JUDGE